# CLINTON & O. W. RY. CO. v. WHITE LUMBER & COAL CO.

No. 2859.    Opinion Filed August 6, 1913.

(134 Pac. 396.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs. Where plaintiff in error fails to comply with the rules of this court, requiring it to serve a brief on counsel for defendant in error, and at the same time to file fifteen copies of its brief with the clerk of the court, its case, on being reached for submission, will be dismissed.

(Syllabus by Sharp, C.)

*Error from District Court, Custer County;*
*James R. Tolbert, Judge.*

Action by the White Lumber & Coal Company against the Clinton & Oklahoma Western Railway Company and the Washita Valley Construction Company. Judgment for plaintiff against defendant Railway Company, and it brings error. Dismissed.

*M. L. Holcombe* and *Thomas B. Norfleet,* for plaintiff in error.

*Jones & Linville,* for defendant in error.

Opinion by SHARP, C. The petition in error and case-made in this case was filed in this court on July 19, 1911. Plaintiff in error has filed no brief and made no effort to comply with the rules of this court. Upon the authority of *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016, and other cases cited in the opinion of the court, the appeal should be dismissed.

By the Court: It is so ordered.